UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL VENEGAS, | ) | NO. CV 13-4233-DDP (MAN) |
|     Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RON DAVIS, WARDEN, | ) | |
|     Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion To Dismiss the Petition, the parties briefing, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Motion is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment
2  herein on the parties.
3
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6  DATED: September 26, 2013
7
8  _____
   DEAN D. PREGERSON
   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28