UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VENEGAS, | NO. CV 13-4233-DDP (MAN) |
|         Petitioner, | |
|   v. | JUDGMENT |
| RON DAVIS, WARDEN, | |
|         Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  September 26, 2013  .

                                        DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE